IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOE LEWIS YBARRA, JR. | No. 5-24CR-079-<br><br>[TO BE FILED UNDER SEAL] |

## INDICTMENT

The Grand Jury Charges:

### Count One
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about June 7, 2024, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Joe Lewis Ybarra, Jr.**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a Taurus, model PT140 Pro, .40 caliber semiautomatic handgun, serial number SAW57893.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

Joe Lewis Ybarra, Jr.
Indictment - Page 1

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any offense alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Joe Lewis Ybarra, Jr.** shall forfeit to the United States of America any firearm involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Taurus, model PT140 Pro, .40 caliber semiautomatic handgun, serial number SAW57893, and any additional ammunition, magazines, or accessories recovered with the firearm.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
STEPHEN J. RANCOURT
Assistant United States Attorney
Texas State Bar No. 24079181
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7398
Facsimile:  806-472-7394
E-mail:     stephen.rancourt@usdoj.gov

Joe Lewis Ybarra, Jr.
Indictment - Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

JOE LEWIS YBARRA, JR.

INDICTMENT

COUNT 1: CONVICTED FELON IN POSSESSION OF A FIREARM
Title 18, United States Code, Sections 922(g)(1), 924(a)(8).
(1 COUNT + FORFEITURE)

A true bill rendered:

Lubbock                                                                 _____ Foreperson

Filed in open court 14th day of August, A.D. 2024.
SEALED ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE